R.D. Rodgers (#D-49999)
New Folsom State Prison [N.S.P.]
P.O. Box 29-0066
Represa, Ca. 95671-0066

555
FILED
NOV 28 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SBA
SBA (PR)

1  COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

2  Name **RODGERS, RUSSELL D.**
3      (Last)    (First)    (Initial)

4  Prisoner Number **D-49999**

5  Institutional Address **New Folsom State Prison, P.O. Box 29-0066, Represa, Ca. 95671-0066**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RUSSELL DWAYNE RODGERS,**
(Enter the full name of plaintiff in this action.)

vs.

**Doctor Griffith; John Doe(s) 1-4, Records Analyst(s), and Wardens of San Quentin and New Folsom; Counselors De La Hante, Nobles and Shelton of San Quentin.**
(Enter the full name of the defendant(s) in this action)

Case No. **CV 07 5997**
(To be provided by the Clerk of Court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983

E-filing

[All questions on this complaint form must be answered in order for your action to proceed..]

I.   Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement **New Folsom State Prison**

B.   Is there a grievance procedure in this institution?

    YES (✓)   NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?

    YES (✓)   NO ( )

D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT      - 1 -

1. Informal appeal _Appeal (medical) was denied (in that S.Q. Appeals Ordered me to address New Folsom Med. Dept., and Folsom said send to S.Q.) - Appeal(s) concerning 'Access' was denied (saying I'd not sought informal review - though I did)._

2. First formal level _The Appeals Coordinator(s) denied/refuse process._

3. Second formal level _____

4. Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( ✓ )    NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _I presented my appeals and the ones (to ea. prison's Records Specialists) concerning my (past due) release date were not returned (thus denied) to me, as were appeal(s) to Counselor(s) (on 8/29 + 9/@ SQ: 9/21/07 at Folsom)._

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

_Russell Dwayne Rodgers_

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

_John Doe #1, Warden of San Quentin State Prison; Doctor Griffith;_

COMPLAINT                                    - 2 -

1 Counselors- Nobles, Sheldon, and De La Hante; John
2 Doe #2 - Records Analyst of San Quentin; John Doe #3 War-
3 den of New Folsom State Prison; John Doe #4, Records Special-
4 ist at New Folsom.

5 III. Statement of Claim.

6 State here as briefly as possible the facts of your case. Be sure to describe how each
7 defendant is involved and to include dates, when possible. Do not give any legal arguments or
8 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9 separate numbered paragraph.

10 (1) When going to med. dept. on 8/29/07 to have my toe nail clipped
11 Doctor Griffith let the clippers slide back and over my pleading kept snip-
12 ping not paying due attention as he nipped off the tip of my small left
13 toe. He only gave me the bandages he used that day. And no pain killers.
14 (2) I transfered to San Quentin from San Mateo County Jail on 5/26/07. Though
15 San Quentin (staff/Warden) received notice of a warrant/Detainer from S.M.C.J.
16 that day, it was not until 8/28 that Counselor Nobles notified/served me (he
17 said Sheldon was my Counselor and he was helping w/ her case load/docum(s)).
18 Furthermore De la Hante (who I personally handed my copy of warrant on approx.
19 8/30) Nobles, and/or the Admin./Warden denied me a 1381 form to dismiss the case.
20 (3) The Warden(s) and Records Analyst(s) failed to calculate my timely due date for
21 release/parole: Sixteen mths (E) w/ 363 days credit, starting 4/26/07, is approx. end of June 07.
22 I believe I'm presently approx. 135 day overdue for release/falsely imprisoned.

23 IV. Relief.

24 Your complaint cannot go forward unless you request specific relief. State briefly exactly
25 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26 Because Dr. Griffith lack of care I request $25,000.00 from him (and/or the
27 San Quentin Medical Dept.: Because the defendants obstructed my access and
28 due process (not serving docum. timely + denying me 1381 form) I request the

COMPLAINT                    - 3 -

Case (Warrant/Detainer) dismissed, and grant of $25,000.; I request $100 a day for each day I'm held past my release date in prison. I request an attorney, attorney fees, costs of this litigation, and any other award this Court deems fit, fair, appropriate and/or equitable.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __19th__ day of __November__, 20__07__

_Russell D. Rodgers_
(Plaintiff's signature)

COMPLAINT                              - 4 -