RUSSELL D. RODGERS (#D-18922)
New Folsom State Prison [C-1/108⁴]
Post Office Box 29-0066
Represa, Calif. 95671-0066

TO: CLERK of the
United States District Court
for the Northern District of California
450 Golden Gate Ave., Box 36060
San Francisco, Calif. 94102

LEGAL

