FILED

NOV 2 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

RUSSELL DWAYNE RODGERS,

                Plaintiff,

   vs.

DOCTOR GRIFFITH, et al.

                Defendants

CASE NO. C 07 5997 SBA (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, _Russell Dwayne Rodgers_, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes _____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.   (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  *I believe it was 2006 I worked 1-2 weeks for some*
5  *temp. agency (name I cannot recall). I believe it was a*
6  *company called Westaff (out of Livermore, Ca.). June? of last yr.*
7  2.      Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.    Business, Profession or              Yes ____ No _✓_
10           self employment
11     b.    Income from stocks, bonds,          Yes ____ No _✓_
12           or royalties?
13     c.    Rent payments?                      Yes ____ No _✓_
14     d.    Pensions, annuities, or             Yes ____ No _✓_
15           life insurance payments?
16     e.    Federal or State welfare payments,  Yes ____ No _✓_
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.      Are you married?                     Yes ____ No _✓_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.      a.      List amount you contribute to your spouse's support:$ __N.A.__

APP. TO PROC. IN FORMA PAUPERIS          - 2 -

b.     List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support.  (NOTE: For minor children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.     Do you own or are you buying a home?         Yes ____ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.     Do you own an automobile?         Yes ____ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ____ If so, Total due: $_____

Monthly Payment: $_____

7.     Do you have a bank account?  Yes ✓ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: _Bank of America, Hayward, Calif._

_____

Present balance(s): $ _5_____

Do you own any cash? Yes ____ No ✓ Amount: $_____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)   Yes ____ No ✓

_____

8.     What are your monthly expenses? Q

Rent: $ _Q_____ Utilities: _____

Food: $ _Q_____ Clothing: _____

Charge Accounts: _None_

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)

_I think I owe Court fees/restitutions in the amount area of 3 K (my probation officer said last year)._

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes____ No _✓_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_11/19/07_                        _Russell S. Rodgers_
DATE                                  SIGNATURE OF APPLICANT

Russell D. Rodgers (#D-49999)
New Folsom State Prison [CSP/SAC]
P.O. Box 29-0066
Represa, Ca. 95671-0066

1
2                                **Case Number:** _____
3
4
5
6
7
8                          **CERTIFICATE OF FUNDS**
9                                 **IN**
10                       **PRISONER'S ACCOUNT**
11
12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of _RUSSELL RODGERS_ for the last six months
14  _CSP SACRAMENTO_ [prisoner name] where (s)he is confined.
        [name of institution]
15       I further certify that the average deposits each month to this prisoner's account for the
16  most recent 6-month period were $ ___0___ and the average balance in the prisoner's
17  account each month for the most recent 6-month period was $ __0__.
18
19  Dated: _11/6/07_                                                     
20                                   [Authorized officer of the institution]
21
22
23                     THE WITHIN INSTRUMENT IS A CORRECT
24                     COPY OF THE TRUST ACCOUNT MAINTAINED
                        BY THIS OFFICE.
                        ATTEST:
25                     CALIFORNIA DEPARTMENT OF CORRECTIONS
26                     BY _____
                        TRUST OFFICE
27
28

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIF STATE PRISON SACRAMENTO
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAY  01, 2007 THRU NOV. 06, 2007

ACCOUNT NUMBER : D49999                    BED/CELL NUMBER: FC1 : 00000008U
ACCOUNT NAME   : RODGERS, RUSSELL             ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 0.00 |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
        TRUST OFFICE