Russell D. Rodgers (#D-49999)
New Folsom State Prison [C-1/108]
P.O. Box 29-0066
Represa, Ca. 95671-0066

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUSSELL DWAYNE RODGERS, )
                    Plaintiff, )
                                )      Case No. _____ C07-5997 SBA
           -V-                  )
                                )      NOTICE OF ADDRESS
                                )      CHANGE
Dr. GRIFFITH; et al.,           )
                    Defendants. )
_____ )

To the court and all parties concerned please note that as of December 6th 2007 Plaintiff gives note of his address change: Unless otherwise notified by Plaintiff any and all communications to Plaintiff concerning this case should be mailed to Plaintiff at the address below:

⌐RUSSELL D. RODGERS⌐
 2458 Illinois Street
⌐East Palo Alto, Ca. 94303⌐

Your diligence, attention, and/or cooperation is appreciated.

date: 12/5/07

Respectfully Submitted

/S/ Russell D. Rodgers

Russell D. Rodgers (ID-19999)
new Folson State Prison [K1/108"4]
Post Office Box 29-0066
Represso, Ca. 95671-0066

L E G A L

Clerk of the United States District Court
For the Northern District of California
450 Golden Gate Ave, Box 36060
San Francisco, Ca. 94102

94102-3432 CC04

UNITED STATES POSTAGE
02 1A
004603711
DEC 06 2007
MAILED FROM ZIP CODE 95670