Russell D. Rodgers (UKC955)
Santa Rita Jail (3East/E1-15)
5325 Broder Blvd.
Dublin, Ca. 94568

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## AFFIDAVIT

re: RODGERS -vs- PLUMMER, Sheriff, et al., Defs.
C07-5997-SBA

To the Clerk/Court and all concerned:

Please take note of the enclosed "Certificate of Funds in Prisoner's Account" form which has been completed by Santa Rita Jail Accountant, disclosing Plaintiff, Rodgers' trust activity/indigency. Plaintiff believing a court order likely necessary to compel jailers (where he's presently incarcerated) to complete and return form in a timely manner submitted his civil (USC§1983) Complaint to this address approx. three weeks ago (mailed 4/15/08) w/out this attach (Cert) which was delinquent in its return. The complaint has yet to be numbered and/or reviewed, nor has Plaintiff received a "verification" copy. Plaintiff requests that the enclosed Cert. (which he received back from jailers on approx. 5-1-08) be accepted by the Court and attached to the Complaint (RODGERS-v-PLUMMER; PAGE; et al.) submitted by mail on 4/15/08, and that he be allowed to proceed In Forma Pauperis (with this attached to the already submitted Pro Per appl.).

I, Russell Rodgers, Plaint. in this matter hereby declare, under penalty of perjury, the foregoing true and correct. Executed at Santa Rita Jail, on 5/5/08.

date: May 5, 2008    Respectfully Submitted /s/ Russell D. Rodgers

Russell D. Rodgers (PUKZ955)
Santa Rita Jail (3East/E-11)
5325 Broder Boulevard
Dublin, Calif. 94568

Case Number: _____
unknown / not yet assigned

### CERTIFICATE OF FUNDS

### IN

### PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Russell Dwayne Rodgers_ for the last six months
[prisoner name]
_Santa Rita Jail / ALACO_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0__.

Dated: _4/25/08_       _M Garcia Acctg Supervisor_
                       [Authorized officer of the institution]

submitted 4/25/08 to SRJ
R.R.

```
PFN/AJIS: UKZ955    HFA: SRJ   NAME: RODGERS, RUSSELL        ACCT BAL:         .00

 TRANS       ---RECEIPT---    TRANSACTION      AMOUNT       RUNNING     MSG
 DATE        HFA    NUMBER    CODE LITERAL                  BALANCE

 03/26/08    SRJ    15-93391  CBKG CR NBOK        .00          .00
 04/23/08    SRJ    SF-03509  DMED                .00          .00
```

252 W:BALANCE IS ZERO

Santa Rita Jail
Russell D Edgar (J12945)
5325 Broder Blvd, 3E-1B - OAKLAND CA 945
Dublin, Ca. 94568

LEGAL
Confidential

07 MAY 2008 PM 8

Clerk of the U.S. District Court
For the Northern District of California
450 Golden Gate Ave., Box 36060
San Francisco, Calif. 94102

USA 41