Russell Rodgers (#UKZ955)
Santa Rita Jail
5325 Broder Blvd.
Dublin, Ca. 94568

Case 4:07-cv-05997-SBA   Document 6   Filed 05/15/2008   Page 1 of 2

FILED
MAY 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## DECLARATION

Case No.(s) Unknown

To the courts; please take note that Plaintiff Russell Dwayne Rodgers hereby gives notice of a recent address change (from his home resident, 2458 Illinois St., E. Palo Alto, Ca. 94303, to the present Santa Rita Jail address of 5325 Broder Blvd., Dublin Ca., 94568), and is requesting to proceed on submitted matters on both/two claims he has submitted but strangely has no response: Rodgers vs. Sheriffs Plumber (+Horsely), Deputy Goulart, et al., was filed in Feb. of 2007. Approx. Aug.-Sept. of 2007 Plaintiff was threatened w/ further charges (criminal) connected w/ claim, so requested proceedings stop until his release - which was changed from Sept. 2007 to Nov. 2007 - and no further charges were filed (and previous ones were dismissed-again) connecting to this complaint. Plaintiff filed a motion to proceed and address change notice, but has had no response.

The other case filed was Rodgers vs. San Quentin State Prison's medical Doctor (name unclear at this moment - perhaps a Dr. Mathis?) for malpractice/injury during a routine medical procedure where tip Plaintiff's (&) pinky toe was wrongfully removed. Also in/around Nov. 15, 2007, after release Plaintiff gave court notice of address change and requested to proceed, but has received no response. Plaintiff wishes to proceed on these matters and perhaps obtain case dockets.

I, Russell Dwayne Rodgers, do hereby declare the foregoing to be true and correct to the best of my knowledge, under penalty of perjury. Executed at Santa Rita Jail, Dublin, Ca., on April 15, 2008.

dated: 4-15-08

Respectfully Submitted
/s/ Russell S. Rodgers



Clerk of the United States District Court
for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, California 94102

Santa Rita Jail (3East/E-111)
Russell D. Rodgers (UKZ955)
5325 Broder Blvd.
Dublin, Calif. 94568

LEGAL
Confidential