FILED
JUN - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RUSSELL DWAYNE RODGERS,

    Plaintiff,

vs.

DR. GRIFFITH, et al.,

    Defendant.

CASE NO. C 07-05997 SBA (PR)

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Russell Dwayne Rodgers, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?   Yes ____   No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____         - 1 -

1  wages per month which you received.

2  *Date of last employment - approx. 6/6/06. I worked*
3  *for about 1½ weeks (through an agency), w/a $12/hr pay*
4  *rate (doing pt. time), making $489 after tax, and approx. $600 before.*

5  2.   Have you received, within the past twelve (12) months, any money from any of the following
6  sources:

7      a.   Business, Profession or                     Yes ___ No ✓
8           self employment
9      b.   Income from stocks, bonds,                  Yes ___ No ✓
10          or royalties?
11     c.   Rent payments?                              Yes ___ No ✓
12     d.   Pensions, annuities, or                     Yes ___ No ✓
13          life insurance payments?
14     e.   Federal or State welfare payments,          Yes ___ No ✓
15          Social Security or other govern-
16          ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.

19 _____
20 _____

21 3.   Are you married?                                Yes ___ No ✓
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____  Net $_____
26 4.   a.   List amount you contribute to your spouse's support:$ *None*
27     b.   List the persons other than your spouse who are dependent upon you for support and
28          indicate how much you contribute toward their support. (NOTE: For minor children,

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 2 -

1 | _accumulated over many years._

2 | 10. Does the complaint which you are seeking to file raise claims that have been presented in other
3 | lawsuits? Yes ___ No ✓
4 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
5 | they were filed.
6 | _____
7 | _____

8 | I declare under the penalty of perjury that the foregoing is true and correct and understand that a false
9 | statement herein may result in the dismissal of my claims.

11 | _5-27-08_                      _Russell S. Rodgers_
12 | DATE                            SIGNATURE OF APPLICANT

APP. TO PROC. IN FORMA

PAUPERIS, Case No._____          - 4 -

Santa Rita Jail
RUSSELL D. RODGERS (#OC2755)
5225 Broder Blvd. (3E./E-D) OAKLAND CA 946
Dublin, Calif. 94568  30 MAY 2008 PM 7 T


USA 42

Legal

Office of the Clerk U.S. District Court
Northern District of California
1301 Clay St., 400 S Tower
Oakland, Calif. 94612-5212

9461245217 C037