IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 26 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RUSSELL DWAYNE RODGERS,
        Plaintiff,

        v.

DR. GRIFFITH, et al.,
                Defendants.

No. C 07-05997 SBA (PR)

NOTICE OF ADDRESS
CHANGE-AND-RE-
QUEST TO PROCEED

To the court/Clerk, please take note that Plaintiff is now at his home address, and any and all communication(s) concerning this case should be forwarded to:

        Russell Dwayne Rodgers
        2458 Illinois street
        East Palo Alto, Ca. 94303

date: 6/25/08

respectfully Submitted
/s/ Russell S. Rodgers

SAN FRANCISCO CA 941

25 JUN 2008 PM 6 T

USA 42

Office of The Clerk, U.S. District Court
Northern District of California
1301 Clay Street, 400 S. Tower
Oakland, Calif. 94612-5212

94612+5217 C037

Russell D. Rodgers
2458 Illinois Street
East Palo Alto, Ca.
94303