**FILED**

JUN 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUSSELL DWAYNE RODGERS, )
    Plaintiff, )
V. )
     )
Sheriff PLUMMER, )
Officer PAGE, et al., )
    Defendants. )

C-07-520-SBA
C-07-5997-SBA
Case No. [Unknown] unassigned

NOTICE OF ADDRESS CHANGE

To the court please take note that on approx. April 5, 2008 Plaintiff submitted this claim while at Santa Rita Jail (and has received no response). Now Plaintiff is at his home address (and am still indigent) and request that any and all communications concerning this case be forwarded to him at the address below:

    RUSSELL D. RODGERS
    2458 Illinois street
    East Palo Alto, Ca. 94303

Thank you for your every concern.

date: June 25, 2008

respectfully submitted
/S/ Russell S. Rodgers

Russell D. Rodgers
2458 Illinois Street
East Palo Alto, Ca. 94303

SAN FRANCISCO CA 941
25 JUN 2008 PM 6 T

Clerk of the U.S. District Court
for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, Calif. 94102