**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL DWAYNE RODGERS,<br><br>　　　Plaintiff,<br><br>　v.<br><br>DR. GRIFFITH, et al.,<br><br>　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 07-05997 SBA (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |

　　　Plaintiff, a state prisoner, filed the instant pro se prisoner complaint under 42 U.S.C. § 1983. The Court has dismissed Plaintiff's complaint with leave to amend. Plaintiff has filed a request for an extension of time to file his amended complaint.

　　　Good cause appearing, the request is GRANTED. Plaintiff shall file his amended complaint on or by **January 26, 2009**.

　　　If Plaintiff fails to file an amended complaint by the deadline above, this action will be dismissed.

　　　This Order terminates Docket no. 16.

　　　IT IS SO ORDERED.

DATED: 12/12/08

　　　　　　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RUSSELL DWAYNE RODGERS,

        Plaintiff,

  v.

GRIFFITH et al,

        Defendant.

Case Number: CV07-05997 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Russell Dwayne Rodgers
2458 Illinois Street
East Palo Alto, CA 94303

Dated: December 12, 2008

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Rodgers5997.EOT-AC.wpd